# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

**No. 24-1137V**

|  |  |
|---|---|
| CYNTHIA BELL-BONDS, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: June 6, 2025 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Bruce William Slane, Law Office of Bruce W. Slane, P.C., White Plains, NY, for Petitioner.*

*Felicia Langel, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON DAMAGES[1]

On July 25, 2024, Cynthia Bell-Bonds filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that she suffered a shoulder injury related to vaccine administration ("SIRVA") as the result of an influenza ("flu") vaccination received on September 16, 2021. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On March 13, 2025, a Ruling on Entitlement was issued, finding Petitioner entitled to compensation for a SIRVA. On June 6, 2025, Respondent filed a Proffer on award of compensation ("Proffer"). Respondent represented that Petitioner agrees with the

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

proffered award. *Id.* at 1 – 2. Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached proffer, **Petitioner is awarded a lump sum of $125,000.00 (for pain and suffering) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.** Proffer at 1 – 2. This amount represents compensation for all damages that would be available under Section 15(a). *Id.*

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

|                           |   |                                              |
|---------------------------|---|----------------------------------------------|
| CYNTHIA BELL-BONDS,        |   |                                              |
|                           |   |                                              |
| Petitioner,               |   |                                              |
|                           |   |                                              |
| v.                        |   | No. 24-1137V                                 |
|                           |   | Chief Special Master Corcoran                |
| SECRETARY OF HEALTH AND    |   | ECF                                          |
| HUMAN SERVICES,           |   |                                              |
|                           |   |                                              |
| Respondent.               |   |                                              |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On July 25, 2024, Cynthia Bell-Bonds ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act. *See* 42 U.S.C. §§ 300aa-1 to -34, as amended ("Vaccine Act"). Petitioner alleges that she suffered from a shoulder injury related to vaccine administration ("SIRVA"), as defined in the Vaccine Injury Table ("Table"), following the administration of the influenza ("flu") vaccine on September 16, 2021. 42 C.F.R. § 100.3(a)(XIV)(B); Petition at 1. On March 10, 2025, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report conceding entitlement to compensation under the terms of the Act for a SIRVA Table injury, and, on March 13, 2025, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 19; ECF No. 21.

## I.    Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded $125,000.00 for pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). This amount represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).

Petitioner agrees.

## II.     Form of the Award

Respondent recommends that compensation provided to petitioner should be made through one lump sum payment and requests that the Chief Special Master's decision and the Court's judgment award the following:[1] a lump sum payment of **$125,000.00** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

TRACI R. PATTON
Assistant Director
Torts Branch, Civil Division

/s/ Felicia D. Langel
FELICIA D. LANGEL
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel: (202) 451-7659
felicia.d.langel@usdoj.gov

DATED: June 6, 2025

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future lost earnings and future pain and suffering.